Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

FILED
APR 15 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

26-CV-6435 MAV

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

A.    **Full Name of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

James E. Davis

165 UnionSquare Boulevard Apartment 305

North Chili New York 14514

-VS-

B.    **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1.  Jennifer Clark                          4. _____

2.  eBay motors                            5. _____

3.  GreenDot Money deposit box Corp.        6. _____

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court:  claim diversity jurisdiction

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: _____

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit:  Fraudulent and Scam

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** **NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: James E. Davis, Jr

Present Address: 165 UnionSquare Boulevard Apartment 305 North Chili New York 14514

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION** **NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Jennifer Clark

Official Position of Defendant (if relevant): Seller

Address of Defendant: _____

Providence Rhode Island 02903

Name of Second Defendant: eBay Motors (2009 Chevrolet Impala SS ID# 401813087657324

Official Position of Defendant (if relevant): mediator (for Jennifer Clark)

Address of Defendant: San Jose California 95125

Telephone   408-800-5353

Name of Third Defendant: Green Dot Money Deposit Corporations

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

Telephone   866-795-7597 or 1-686-765-2000

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
        Yes ☐   No ☒

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

        Plaintiff(s): _____

2

Defendant(s):_____

_____

2.    Court (if federal court, name the district; if state court, name the county):_____

_____

3.    Docket or Index Number:_____

4.    Name of Judge to whom case was assigned:_____

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

Is it still pending? Yes☐ No☐

If not, give the approximate date it was resolved._____

Disposition (check those statements which apply):

☐ Dismissed (check the statement which indicates why it was dismissed):

☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

☐ By court due to your voluntary withdrawal of claim;

☐ Judgment upon motion or after trial entered for

☐ plaintiff
☐ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) _Jan 12, 2026_____,

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____

_____Jennifer Clark, eBay and GreenDot money deposit Box Corporations____

3

did the following to me (*briefly state what each defendant named above did*): _____

Seller recieved payments and I never recieved merchandise

_____

_____

_____

_____

_____

The federal basis for this claim is: ___ frauddent è Scam _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*

Froudulent return of $1,104.85

request for defendants to pay filing fees from defendants

request for pain and suffering.

**B. SECOND CLAIM:** On (*date of the incident*) _____,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

_____

_____

did the following to me (*briefly state what each defendant named above did*): _____

_____

_____

_____

_____

_____

The federal basis for this claim is: _____

_____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*

_____

_____

_____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

$ 1,114.85

Request of pay for filing fee's from 3 defendant's

Request for pain and suffering

Do you want a **jury trial**? Yes ☐ No ☒

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _____ April 15, 2026 _____
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Jamel E. David Jr.

Signature(s) of Plaintiff(s)

5

Exhibit / Proof / Statement

( Plaintiff )                    ( Petition )  April 14, 2026

James E. Davis
165 Union Square Boulevard Apt. 305
North Chili New York 14514


Against


Defendant #1

GreenDot Money Deposit Box Corporations
1· ( 866 ) 795-7597  and   1·( 626 ) 765-2000

Defendant #2

Jennifer Clark
Providence Rhode Island  02903 - 02910
area code 401


Defendant #3

eBay Motors
San Jose California 95125
2025 Hamilton Ave.
Telephone : 1 (408)· 800- 5353

April 14, 2026

Hello
    to the courts, my name is James E. Davis and I am writing to you as a 'poor person' who has been frauded and possibly scammed. I met a lady on Facebook page by the name of Jennifer Clark who was advertising and selling a motor vehicle on Facebook (1) 2009 Chevrolet Impala SS with approximately 119,000 as of what she quoted as the original mileage add that vehicle had belonged to her deceased father and that she was where he lived in San Jose California where the vehicle resided. Ms Clark had stated to me through texts that she'd be willing to sell the vehicle for $800.00 asking price. The original date that I contacted Ms. Clark was approximately January 12th 2026 and I explained to her that I was willing purchase and buy the vehicle on a February 6th because I was on Social Security Disability and that was the only way that I could make the payment of $800.00 to her. She agreed to wait for the payment we elaborated the entire deal and discussion through text, she also stated that she did not feel that we should handle the deal through without a third party person and she said that ebay was the third party and she gave me the telephone of ebay motors of 1 908900 5353 and also had ebay to send me a sales

invoices to my email of davis58196@gmail.com  I have all of my receipts and bar codes of payments that were made at the Walgreens pharmacy store as well as as the elaborated (ebay 1-408-800-5353) barcode as they sent me on my phone as to making the payments to ebay through Green Dot payment system by cashier theWalgreens scanned the barcode which ebay sent me and also while collecting payments, Walgreens stated that the payment went through sucessfully through Green Dot and to ebay for (1) Chevrolet Impala SS vehcle. I made 3 payments to ebay in the amounts: of $500.00 $4.95 ecash fee charge $300.00 + $4.95 on February 3 2026 at 4326 Buffalo Rd Walgreen North Chili New York 14514 and the payment that they said was for shipping fee for the vehicle to be shipped as well as the seller would$300.00 shipping fees on her end. The payment was as stated in the shipping was refundable once the vehicle reached the destination of my address. the 3rd payment was made to them on February 27th 2026 at dyapproximately 2:30pm orso at another participating Walgreen in Rochester N.Y. 141 the contract and the seller said that vehicle would arrive in ten days and that I would have 5 days to inspect the car and make a decision on whether I would want

to continue the deal and sale. I have not seen the vehicle, I have tried numerous times to contact the third party ebay over and over and now I'm getting a recording saying that I've reach a non working number and that that if I feel that I have

made and error please check and number and dial again. I ask the court to believe in me that I have been frauded and scammed. I asked the court to read my letter or deposition please and to rule in my favor to be reimburse of $1,114.85 as a 'poor person of faith.

Thank You for your Cooperation

James E. Davii

Walgreen Receipt

# 10382 4366 Buffalo RD

North, N.Y 14514

585 - 594 - 5689

888  7839  0021  2/03/26  12:30pm

ECash $ 4.95

0006891649027                         500.00

ECash $ 4.95 FEE

8.0000900090                              4.95

Total                                         504.95

CASH                                        500.00

DEBIT CARD                              4.95

AUTH CODE                              748624

CHANGE                                     .00

Sale

AID A0000600980840

US DEBIT

Integrated chip card

PIN Verified

Bar Code

RFN # 1038 - 2217 - 8392 - 2602 - 0303

Walgreen 10382

ACCT          8531

SEQUENCE    0382211200

PAYMENT FROM PRIMARY

ATTN: Jennifer Clark & eBay
              seller          co-seller
eBay                    1-408-800-5353

Walgreen's Receipt

Store #10382    4366 Buffalo Rd. N.Chili 14514

Tele: 585-594-5689

888    7840    0021   2/03/26   12:32 pm

ecash $ 4.95

0000691649002                          300.00

ecash $ 4.95 fee

8000000090                             4.95

Total                                304.95

Cash                                 300.00

Debit Card                             4.95

Auth Code                            716007

Change                                 .00

Sale

AID A0000000980840

US Debit

Integrated chip card
Pin Verified
BarCode
RFN# 1038-2217-8392-2602-0303

Walgreens 10382
Acct        8531
Sequence 0382211280
Payment From Primary


This : Ebay Bar Code to collect pymt
throught GreenDot Payment


8303240074911812800068921267691


ATTN: Jennifer Clark & eBay
        (Seller)              (Co-Seller)
                         1-408-800-5353

# Walgreens

#10382 4366 BUFFALO RD
NORTH CHILI, NY 1451
58 594 5689

ECASH $4.95
0006891
ECASH $4.95
800000

TOTAL
CASH
DEBIT CARD
AUTH 16007
CHANGE .00

Sale
AID A000
US DEBIT
Integrated
PIN Verified

THANK YOU FOR SH

YOU COULD HAVE EARNED AN
WALGREENS CASH REWAR BY
MYWALG MEMBERSH TODAY.
RESTRI NG APPLY. FOR TERMS A
CONDIT VISIT MYWALGREENS

NOT A MEMBER? JOIN NOW AT ANY TER,
OR GO T MYWALGREENS.COM

# my W

Walgreens 10382
ACCT
SEQUENCE 32211230
PAYMENT FROM PRIMARY

HUNDREDS OF PHARMACY P
COVID-19 OTC TEST KIT
IF YOUR PLAN

How did we do today?
Share your feedback at
WWW.WALGREENSLISTENS.COM

within 3 days for a chance t
$500 Walgre
Gift Card
or call 1-855-855-590

SURVEY #
1038-2217

PASSWORD
0260-2030-326

For contest rules, see store or
WWW.WALGREENSLISTENS.COM

# Walgreens

#10382 4366 BUFFALO RD
NORTH CHILI, NY 14514
585-594-5689

888      7839    0021   02/03/2026 12:30 PM

ECASH $4.95
    0006691640027            500.00
ECASH $4.95 ITE
    30000000090              4.95

    TOTAL                    504.95
    CASH                     500.00
    DEBIT CARD               4.95
    AUTH CODE                748624
    CHANGE                   .00


  le
AID A00000009  30
US DEBIT
Integrated chip card
PIN Verified


THANK YOU FOR SHOPPING AT WALGREENS

YOU COULD     EARNED AN ADDITIONAL
WALGREENS     WARDS BY USING YOUR
MYWALGREENS MEMBERSHIP TODAY.
RESTRICTIONS APPLY  FOR TERMS AND
CONDITION   VISIT  MYWALGREENS COM.

NOT A MEMBER   JOIN NOW    REGISTER,
OR GO TO                     WALGREENS
QUICK      AND               WALGREENS
CASH R

RFN#

③

## Walgreens Receipt

Store # 10512      720 E Ridge Rd 14621

Tele 585 266 8994

499     4776     0021     2/28/26     2:23 pm

ECASH # 4.95

0006892170906                    300.00

ecash

8000000090                       4.95

Total                            304.95

Cash                             305.00

Change                            .05

RFN# 1051-2214-7765-2602-2803

This Ebay Bar Code to collect payment

8303240074911812800068921676791

through GreenDOT

83032400749118128000689217096

ATTN: Jennifer Clark ⊆ eBay eBay

(Seller)        (Co. Seller)

1-408-800-5353